JACOB TERNER, Respondent, v. EDWARD GLICKSTEIN, Appellant.— Judgment

affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.